UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAMS CHARLES CONSTRUCTION COMPANY, LLC, a foreign limited liability company, doing business as WILLIAM CHARLES WEST,<br><br>              Plaintiff,<br><br>v.<br><br>SPRINGHILL, LLC, a Washington limited liability company;<br><br>              Defendant. | NO:  2:13-CV-5150-RMP<br><br>ORDER DISMISSING CASE |

Before the Court is the parties' Joint Motion for Dismissal.  ECF No. 17.  The parties request that the Court dismiss this case with prejudice.  The parties have settled this matter and agreed that each party would bear its own attorney fees, costs, and other expenses related to this litigation.

Accordingly, **IT IS HEREBY ORDERED**:

    1. The Joint Motion to Dismiss, **ECF No. 17**, is **GRANTED**.

ORDER DISMISSING CASE~ 1

2. This cause of action is **DISMISSED WITH PREJUDICE** and without an award of attorney fees to any party.

3. Defendant's Motion to Change Venue, **ECF No. 13**, is **DENIED AS MOOT**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

**DATED** this 20th day of June 2014.

                     *s/ Rosanna Malouf Peterson*
                       ROSANNA MALOUF PETERSON
                       Chief United States District Court Judge